Filing # 50646053 E-Filed 12/30/2016 01:58:03 PM

IN THE CIRCUIT COURT OF THE
SEVENTH JUDICIAL CIRCUIT IN AND
FOR FLAGLER COUNTY, FLORIDA

CASE NO.   2017 CA 000005

CAPITALSOURCE INTERNATIONAL LLC,
a Delaware limited liability company, f/k/a
CAPITALSOURCE INTERNATIONAL INC.,

    Plaintiff,

v.

JAMES ERIC POOLE and
WILLIAM SETH MARLOWE,

    Defendants.
_____/

## COMPLAINT

Plaintiff CapitalSource International LLC, a Delaware limited liability company f/k/a CapitalSource International Inc. ("CapitalSource"), by counsel, alleges for its Complaint against defendants James Eric Poole and William Seth Marlowe ("Borrowers"), upon knowledge with respect to its own acts and upon information and belief as to all other matters, as follows:

### Nature of the Action

1. This is an action to recover sums past due and owing from Borrowers under a promissory note.

### Jurisdiction and Venue

2. The amount in controversy is in excess of $15,000.00, exclusive of interest and costs.

3. This Court has subject matter jurisdiction over this matter pursuant to Section 26.012, Florida Statutes, and otherwise.



EXHIBIT A

4. This Court has personal jurisdiction over the Borrowers pursuant to paragraph 11 of the Note wherein Borrowers consented to personal jurisdiction. In addition, this Court has personal jurisdiction pursuant to Section 48.193, Florida Statutes, and otherwise, because Borrowers breached a contract in Florida by failing to make payments on the promissory note at issue, which payments were required by the promissory note to be made in Flagler County, Florida. In addition, Borrowers traveled to Florida in connection with applying for and/or executing the promissory note at issue, and Borrowers have engaged in substantial and not isolated activity in the State of Florida.

5. Venue is appropriate in Flagler County pursuant to Section 47.011 Florida Statutes.

### The Parties

6. CapitalSource is a Delaware limited liability company authorized to transact business in the State of Florida.

7. Borrowers are individuals who are *sui juris* and are residents of North Carolina.

### Background Facts

8. On or about December 22, 2006, Borrowers executed and delivered to Bahamas Sales Associate, LLC ("BSA") an Adjustable Rate Balloon Note made payable to BSA in the original principal amount of $460,720.00 (the "Note"). A true and correct copy of the Note and attached Allonge to Note is attached hereto as **Exhibit A**.

9. According to the terms of the Note, Borrowers were obligated to repay the loan evidenced by the Note by making monthly payments of principal and interest commencing February 1, 2007, which payments were to be made in Flagler County, Florida. *See* Ex. A, ¶ 3.

10. Borrowers are in default of their obligations under the Note by, among other things, failing to pay all sums due and owing under the Note as of the maturity date of January 1, 2012.

11. CapitalSource is the holder of the Note pursuant to, among other things, a specific Allonge endorsement affixed thereto and[1] an Assignment of Notes and Mortgages (the "Assignment"). A true and correct copy of the Assignment is attached hereto as **Exhibit B**; *see also* Ex. A hereto.

12. All conditions precedent to bringing this action have been performed, have been waived, or have occurred.

13. CapitalSource has retained the undersigned counsel to represent it in this action and is obligated to pay its counsel a reasonable fee for services rendered and costs incurred on its behalf.

## COUNT I
### (Breach of the Note against Borrowers)

14. Paragraphs 1 through 13, inclusive, are incorporated herein by reference.

15. Borrowers have breached their obligations under the Note by, among other things, failing and refusing to pay all sums due and owing under the Note as of the maturity date of January 1, 2012.

16. Borrowers are indebted under the Note for the unpaid principal balance past due and owing, plus accrued and unpaid interest, late charges, attorneys' fees and costs, and any other expenses, costs, or fees which may be due and owing under the Note.

---

[1] The Note is secured by a mortgage on real property in the Commonwealth of the Bahamas owned by Borrowers. CapitalSource is not seeking to enforce the mortgage at this time.

**WHEREFORE**, plaintiff CapitalSource respectfully requests that the Court (i) enter a judgment in favor of CapitalSource and against defendants James Eric Poole and William Seth Marlowe for damages, including the unpaid principal balance past due and owing on the Note, accrued and unpaid interest thereon, late charges, attorneys' fees and costs, and (ii) grant CapitalSource such other and further relief as the Court deems just and proper.

Dated:  December 30, 2016

Respectfully submitted,

HOLLAND & KNIGHT LLP
Attorneys for Plaintiff
515 East Las Olas Boulevard,
12th Floor
Fort Lauderdale, FL 33301
Tel:     (954) 525-1000
Fax:    (954) 463-2030

By: /s/Katherine M. Joffe
    Brian K. Hole
    Florida Bar No. 0019968
    brian.hole@hklaw.com
    Katherine M. Joffe
    Florida Bar No. 0016784
    katherine.joffe@hklaw.com

#49069118_v1