## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

CAPITALSOURCE
INTERNATIONAL LLC, a Delaware
Limited Liability Company fka
CapitalSource International Inc.,

    Plaintiff,

v.

    Case No. 3:17-cv-587-J-32PDB

JAMES ERIC POOLE and WILLIAM
SETH MARLOWE,

    Defendants.

## O R D E R

Upon review of Stipulation and Agreed Order of Dismissal With Prejudice (Doc. 54), filed on May 31, 2019, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 3rd day of June, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

sej
Copies:

Counsel of record